UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RASUL, AZFAR IFTIKHAR | § | Case No. 13-21919 |
| RASUL, KIRAN ANSARI | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 |  |  |  |  |  |
|  | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guidance Residential, LLC 11107 Sunset Hills Road Suite 200 Reston, VA 20190 | | | | | |
| | Pembroke Estates Condominium Association C/O Hughes Management and Consulting Cor 3060 N. Kennicott Avenue Arlington Heights, IL 60004 | | | | | |
| | Waterford Homeowners Association c/o Property Specialist Inc 5999 S. New Wilke Road Rolling Meadows, IL 60008 | | | | | |
| 000003A | AMERICAN HONDA FINANCE CORP | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| INTL SURETIES | | | | | |
| CONGRESSIONAL BANK | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate 3000 Corporate Exchange Drive 5th Floor Columbus, OH 43236 | | | | | |
| | Bank Of America, N.A. * 401 N. Tryon Street NC1-021-02-20 Charlotte, NC 28255 | | | | | |
| | Best Buy Co., Inc Bureaus Investment Group PO Box 17298 Baltimore, MD 21297 | | | | | |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | | | | |
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Financial Services LLC Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | | | | |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | | | | |
| | Home Depot Credit Services c/o Citicards Private Label P.O. Box 20483 Kansas City, MO 64195 | | | | | |
| | Macy's Inc. 9111 Duke Boulevard Mason, OH 45040 | | | | | |
| | Pro Dental Care 300 Randall Road South Elgin, IL 60177 | | | | | |
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003B | AMERICAN HONDA FINANCE CORP | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000010 | CAPITAL RECOVERY V, LLC | | | | | |
| 000011 | CAPITAL RECOVERY V, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-21919 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | RASUL, AZFAR IFTIKHAR | | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | RASUL, KIRAN ANSARI | | | 341(a) Meeting Date: | 07/08/13 |
| For Period Ending: | 10/23/14 | | | Claims Bar Date: | 10/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2956 Kelly Drive Elgin, Illinois 60124 Single Fami | 310,000.00 | 0.00 | | 0.00 | FA |
| 2. 154 Castlewood Court Roselle, Illinois 60172 Townh | 175,145.00 | 0.00 | | 0.00 | FA |
| 3. Citibank Checking Account | 1,377.00 | 0.00 | | 0.00 | FA |
| 4. Chase Bank Checking Account | 1,217.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank Checking Account | 376.00 | 0.00 | | 0.00 | FA |
| 6. Standard Bank Checking Account | 9.00 | 0.00 | | 0.00 | FA |
| 7. Credit Union1 Checking Account | 925.00 | 0.00 | | 0.00 | FA |
| 8. PNC Bank Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 9. Credit Union1 Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| 10. Furniture and Appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. Personal Items | 200.00 | 0.00 | | 0.00 | FA |
| 12. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 13. Jewelry | 500.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 18.03

FORM 1 - AZFAR I. RASUL

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-21919 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RASUL, AZFAR IFTIKHAR | | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | RASUL, KIRAN ANSARI | | | 341(a) Meeting Date: | 07/08/13 |
| | | | | Claims Bar Date: | 10/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Camera | 300.00 | 0.00 | | 0.00 | FA |
| 15. Term Life Insurance Policy through Employer No Cas | 0.00 | 0.00 | | 0.00 | FA |
| 16. Cigna Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 17. Met-Life Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 18. 401(K) through Former Employer | 90,077.70 | 0.00 | | 0.00 | FA |
| 19. IRA through TD Ameritrade | 4.43 | 0.00 | | 0.00 | FA |
| 20. 401(K) through TransAmerica | 530.76 | 0.00 | | 0.00 | FA |
| 21. GNBT Stock | 40.35 | 0.00 | | 0.00 | FA |
| 22. Up A Notch, Sole Proprietorship (Freelance Writing | 0.00 | 0.00 | | 0.00 | FA |
| 23. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 24. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 25. 2009 Honda Pilot Touring with 52,000 Miles Value P       CarMax Appraisal of $20,000. | 22,874.00 | 6,000.00 | | 5,000.00 | FA |
| 26. 2013 Honda Civic LX with 4,000 Miles Value Per KBB | 17,761.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 18.03

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 1 - AZFAR I. RASUL
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

| Case No: | 13-21919 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | RASUL, AZFAR IFTIKHAR | Date Filed (f) or Converted (c): | 05/24/13 (f) |
|  | RASUL, KIRAN ANSARI | 341(a) Meeting Date: | 07/08/13 |
|  |  | Claims Bar Date: | 10/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Carmax appraisal of $15,000.00. |  |  |  |  |  |
| 27. 2 Laptops, Printer, I-Pad | 300.00 | 0.00 |  | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $623,997.24 | $6,000.00 | $5,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee requested carmax appraisals on vehicles, negotiated and sold estate's interest in vehicle back to the debtors.
Trustee and debtors settled for a lump sum payment by the debtor for $5,000. Trustee has filed her Final Report,
disbursed funds and is preparing to close case.

Initial Projected Date of Final Report (TFR): 03/31/14    Current Projected Date of Final Report (TFR): 03/31/14

/s/    Elizabeth C. Berg
_____    Date: 10/23/14
ELIZABETH C. BERG

LFORM1    Ver: 18.03
UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2 - AZFAR I. RASUL

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-21919 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | RASUL, AZFAR IFTIKHAR | Bank Name: | Associated Bank |
|  | RASUL, KIRAN ANSARI | Account Number / CD #: | *******6016  Checking Account |
| Taxpayer ID No: | *******8408 |  |  |
| For Period Ending: | 10/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/20/13 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,970.00 |  | 4,970.00 |
| 02/06/14 | 005001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | 2013 Bond Premium Bond Number: #016026455 | 2300-000 |  | 3.42 | 4,966.58 |
| 06/16/14 | 005002 | Elizabeth C. Berg, Trustee c/o Baldi Berg, Ltd. 20 N. Clark Street #200 Chicago IL 60602 | Trustee Compensation | 2100-000 |  | 1,250.00 | 3,716.58 |
| 06/16/14 | 005003 | Baldi Berg, Ltd. 20 N. Clark Street, Ste. 200 Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 |  | 1,432.50 | 2,284.08 |
| 06/16/14 | 005004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 5.89511% | 7100-000 |  | 450.56 | 1,833.52 |
| 06/16/14 | 005005 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 5.89504% | 7100-000 |  | 227.67 | 1,605.85 |
| 06/16/14 | 005006 | American Honda Finance Corporation | Claim 000003, Payment 5.89514% | 7100-000 |  | 68.35 | 1,537.50 |

Page Subtotals      4,970.00      3,432.50

Ver: 18.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2 - AZFAR I. RASUL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-21919 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | RASUL, AZFAR IFTIKHAR | Bank Name: | Associated Bank |
| | RASUL, KIRAN ANSARI | Account Number / CD #: | *******6016  Checking Account |
| Taxpayer ID No: | *******8408 | | |
| For Period Ending: | 10/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | | | | | |
| 06/16/14 | 005007 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000004, Payment 5.89446% | 7100-000 | | 12.60 | 1,524.90 |
| 06/16/14 | 005008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 5.89514% | 7100-000 | | 179.58 | 1,345.32 |
| 06/16/14 | 005009 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000006, Payment 5.89500% | 7100-000 | | 321.94 | 1,023.38 |
| 06/16/14 | 005010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000007, Payment 5.89498% | 7100-000 | | 253.73 | 769.65 |
| 06/16/14 | 005011 | American InfoSource LP as agent for<br>Commerce Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000008, Payment 5.89495% | 7100-000 | | 243.86 | 525.79 |

Page Subtotals                0.00        1,011.71

Ver: 18.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2 - AZFAR I. RASUL

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 13-21919 -DRC | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | RASUL, AZFAR IFTIKHAR | | Bank Name: | Associated Bank |
| | RASUL, KIRAN ANSARI | | Account Number / CD #: | *******6016 Checking Account |
| Taxpayer ID No: | *******8408 | | | |
| For Period Ending: | 10/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/16/14 | 005012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000009, Payment 5.89516% | 7100-000 | | 323.88 | 201.91 |
| 06/16/14 | 005013 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000010, Payment 5.89513% | 7100-000 | | 176.38 | 25.53 |
| 06/16/14 | 005014 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 5.89512% | 7100-000 | | 25.53 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 4,970.00 | 4,970.00 | 0.00 |
| Less: Bank Transfers/CD's | | 4,970.00 | 0.00 | |
| Subtotal | | 0.00 | 4,970.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 4,970.00 | |

Page Subtotals     0.00     525.79

Ver: 18.03

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2 - AZFAR C RASUL**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 13-21919 -DRC | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | RASUL, AZFAR IFTIKHAR | | Bank Name: | Congressional Bank |
| | RASUL, KIRAN ANSARI | | Account Number / CD #: | *******1443  Checking Account |
| Taxpayer ID No: | *******8408 | | | |
| For Period Ending: | 10/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/06/13 | 25 | Asfar & Kiran Rasul<br>Citibank Cashier's Check<br>One Penn's Way<br>New Castle   DE   19720 | Settlement with Debtors - Vehicles | 1129-000 | 5,000.00 | | 5,000.00 |
| 09/11/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Aug 13 | 2600-000 | | 10.00 | 4,990.00 |
| 10/03/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Sep 13 | 2600-000 | | 10.00 | 4,980.00 |
| 11/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,970.00 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,970.00 | 0.00 |

Page Subtotals       5,000.00       5,000.00

Ver: 18.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

**FORM 2 - AZFAR I. RASUL**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 13-21919 -DRC |
| Case Name: | RASUL, AZFAR IFTIKHAR |
| | RASUL, KIRAN ANSARI |
| Taxpayer ID No: | *******8408 |
| For Period Ending: | 10/23/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******1443  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.00 | 5,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 4,970.00 | |
| | | | Subtotal | | 5,000.00 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.00 | 30.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account - *******6016 | | 0.00 | 4,970.00 | 0.00 |
| | | | Checking Account - *******1443 | | 5,000.00 | 30.00 | 0.00 |
| | | | | | 5,000.00 | 5,000.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.03

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*